**COM.**

v.

**SEBRING, L.**

**3477 EDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–45–CR–0000862–2016
(Monroe)

Affirmed

**IN the INTEREST OF:**
**C.G.W., a Minor**

**3636 EDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–51–AP–0000598–2016 (Philadelphia)

Affirmed

**COM.**

v.

**PINERO, E.**

**3676 EDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–45–CR–0000256–2016
(Monroe)

Affirmed

**COM.**

v.

**WEAVER, M.**

**810 MDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–38–CR–0000075–2009
(Lebanon)

Affirmed

**COM.**

v.

**GRAZIANO, E.**

**955 MDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–14–CR–0000874–2001 (Centre)

Affirmed